B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Southern District of Indiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Rangel, Richard | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Rangel, Michelle |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>AKA Shelley Rangel; AKA Michelle Kendall; AKA Shelley Kendall |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-4743 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-8534 |
| Street Address of Debtor (No. and Street, City, and State):<br>1151 South Blue River Road<br>Salem, IN<br>ZIP Code 47167 | Street Address of Joint Debtor (No. and Street, City, and State):<br>1151 South Blue River Road<br>Salem, IN<br>ZIP Code 47167 |
| County of Residence or of the Principal Place of Business:<br>Washington | County of Residence or of the Principal Place of Business:<br>Washington |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13       ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."       ☐ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Rangel, Richard<br>Rangel, Michelle |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _/s/ David P. Allen_                            August 20, 2009<br>Signature of Attorney for Debtor(s)                    (Date)<br>   David P. Allen 2362-88 |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____

    (Name of landlord that obtained judgment)

    _____

    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| (This page must be completed and filed in every case) | Rangel, Richard<br>Rangel, Michelle |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Richard Rangel

Signature of Debtor  Richard Rangel

X  /s/ Michelle Rangel

Signature of Joint Debtor Michelle Rangel

Telephone Number (If not represented by attorney)

August 20, 2009

Date

### Signature of Attorney*

X  /s/ David P. Allen

Signature of Attorney for Debtor(s)

David P. Allen 2362-88

Printed Name of Attorney for Debtor(s)

Allen, Allen & Brown

Firm Name

12 Public Square
P.O. Box 485
Salem, IN 47167

Address

Email: davidallen@allenlawyers.com
812-883-4171 Fax: 812-883-4214

Telephone Number

August 20, 2009

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X

Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Certificate Number: 03788-INS-CC-007188585

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 28, 2009, at 2:10 o'clock PM EDT,

Richard Rangel received from

Alliance Credit Counseling, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Southern District of Indiana, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.


Date: May 28, 2009                By        /s/April Thomas

                                  Name    April Thomas

                                  Title    Accredited Credit Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 03788-INS-CC-007188589

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 28, 2009 , at 2:10 o'clock PM EDT ,

Michelle Rangel received from

Alliance Credit Counseling, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Southern District of Indiana , an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .


Date: May 28, 2009          By      /s/April Thomas

                            Name   April Thomas

                            Title   Accredited Credit Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**BOB WARD - AGENT**

5211

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230 | | | | | \*\*\*-\*\*-8534 | Married/Withhold | Fed-0/00/IN-0/00 |
| | | | | | Pay Period: 08/01/2009 - 08/15/2009 | | Pay Date: 08/14/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 64.00 | 14.00 | 896.00 | 15,267.00 |
| Vacation | | | 0.00 | 1,652.00 |
| Sick Time | | | 0.00 | 161.00 |
| Growth | | | 0.00 | 48.00 |
| | | | 896.00 | 17,128.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| IN - Counties Tax | -12.63 | -241.49 |
| Federal Withholding | -24.00 | -993.00 |
| Social Security Employee | -55.56 | -1,061.94 |
| Medicare Employee | -13.00 | -248.36 |
| IN - Withholding | -30.46 | -582.35 |
| | -135.65 | -3,127.14 |

| Net Pay | | 760.35 | 14,000.86 |
|---|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 11.30 | 52.30 |
| Vacation | 118:00 | -2:00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

**BOB WARD - AGENT**

5207

Employee
Michelle A Rangel, 4349 E Chestnen Rd, Deputy, IN 47230

SSH
***-**-6634
Status (Fed/State)
Married/Withhold

Allowances/Extra
Fed-0/0/IN-0/0
Pay Data: 07/31/2009

Pay Period: 07/16/2009 - 07/31/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 63:00 | 14.00 | 882.00 | 14,371.00 |
| Vacation | 16:00 | 14.00 | 224.00 | 1,652.00 |
| Sick Time | | | 0.00 | 161.00 |
| Growth | | | 0.00 | 48.00 |
| | | | 1,106.00 | 16,232.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| IN - Counties Tax | -15.59 | -226.08 |
| Federal Withholding | -49.00 | -989.00 |
| Social Security Employee | -68.57 | -1,006.36 |
| Medicare Employee | -16.03 | -235.36 |
| IN - Withholding | -37.80 | -551.89 |
| | -186.79 | -2,981.49 |

| Net Pay | 919.21 | 13,240.51 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 11:30 | 52:30 |
| Vacation | 118:00 | -2:00  ( - 13 ) |

*Pd Twice a month This pay Period was longer typically 10 days this had 12 So I worked 10 instead of 8*

BOB WARD INSURANCE AGENCY, 1572 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7521, BOB WARD STATE FARM INSURANCE

**5200**

# BOB WARD - AGENT

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Michelle A Rangel, 4349 E Chastoen Rd, Deputy, IN 47230 | | | | | ***-**-8534 | Married/Withhold | Fed-0/0/IN-0/0 |
| | | | | | | Pay Period: 07/01/2009 - 07/15/2009 | Pay Date: 07/15/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 72.00 | 14.00 | 1,008.00 | 13,489.00 |
| Vacation | | | 0.00 | 1,428.00 |
| Sick Time | | | 0.00 | 161.00 |
| Growth | | | 0.00 | 48.00 |
| | | | 1,008.00 | 15,126.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| IN - Counties Tax | -14.21 | -213.27 |
| Federal Withholding | -35.00 | -920.00 |
| Social Security Employee | -62.49 | -937.81 |
| Medicare Employee | -14.62 | -219.33 |
| IN - Withholding | -34.27 | -514.29 |
| | -160.59 | -2,804.70 |

| Net Pay | 847.41 | 12,321.30 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 11.30 | 52.30 |
| Vacation | 102.00 | 14.00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

5193

## BOB WARD - AGENT

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Michelle A Rangel, 4349 E Chastoen Rd, Deputy, IN 47230 | | | | | ***-**-8534 | Married/Withhold | Fed-0/0/IN-0/0 |
| | | | | | Pay Period: 06/15/2009 - 06/15/2009 | | Pay Date: 06/30/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 70.00 | 14.00 | 980.00 | 12,481.00 |
| Vacation | 2.00 | 14.00 | 28.00 | 1,429.00 |
| Sick Time | | | 0.00 | 161.00 |
| Growth | | | 0.00 | 48.00 |
| | | | 1,008.00 | 14,118.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| IN - Counties Tax | -14.21 | -199.06 |
| Federal Withholding | -35.00 | -885.00 |
| Social Security Employee | -62.50 | -875.32 |
| Medicare Employee | -14.61 | -204.71 |
| IN - Withholding | -34.27 | -480.02 |
| | -160.59 | -2,644.11 |

| Net Pay | | 847.41 | 11,473.89 |
|---|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 11.30 | 52.30 |
| Vacation | 102.00 | 14.00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

5186

# BOB WARD - AGENT

**Employee**
Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230

**SSN** ***-**-8534
**Status (Fed/State)** Married/Withhold
Pay Period: 06/01/2009 - 06/15/2009

**Allowances/Extra**
Fed-0/0/IN-0/0
Pay Date: 06/14/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 77:30 | 14.00 | 1,085.00 | 11,501.00 |
| Sick Time | 2:30 | 14.00 | 35.00 | 161.00 |
| Vacation | | | 0.00 | 1,400.00 |
| Growth | | | 0.00 | 48.00 |
| | | | 1,120.00 | 13,110.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| IN - Countee Tax | -15.79 | -184.85 |
| Federal Withholding | -51.00 | -950.00 |
| Social Security Employee | -69.44 | -812.82 |
| Medicare Employee | -16.24 | -190.10 |
| IN - Withholding | -38.08 | -445.75 |
| | -190.55 | -2,483.52 |

| Net Pay | 929.45 | 10,626.48 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 11:30 | 68:30 |
| Vacation | 100:00 | 44.00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523 BOB WARD STATE FARM INSURANCE

BOB WARD - AGENT

5182

**Employee**
Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230

SSN ***-**-8534
Status (Fed/State) Married/Withhold
Pay Period: 05/16/2009 - 05/31/2009

Allowances/Extra
Fed-0/0/IN-0/0
Pay Date: 05/29/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 80:00 | 14.00 | 1,120.00 | 10,416.00 |
| Vacation | | | 0.00 | 1,400.00 |
| Sick Time | | | 0.00 | 126.00 |
| Growth | | | 0.00 | 48.00 |
| | | | 1,120.00 | 11,990.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| IN - Counties Tax | | | -15.79 | -169.06 |
| Federal Withholding | | | -51.00 | -799.00 |
| Social Security Employee | | | -69.44 | -743.38 |
| Medicare Employee | | | -16.24 | -173.86 |
| IN - Withholding | | | -38.08 | -407.67 |
| | | | -190.55 | -2,292.97 |

| Net Pay | 929.45 | 9,697.03 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 9:00 | 71:00 |
| Vacation | 100:00 | 44:00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

---

**BOB WARD - AGENT**

5176

**Employee**
Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230

SSN ***-**-8534
Status (Fed/State) Married/Withhold
Pay Period: 05/01/2009 - 05/15/2009

Allowances/Extra
Fed-0/0/IN-0/0
Pay Date: 05/15/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 76:00 | 14.00 | 1,064.00 | 9,296.00 |
| Vacation | 12:00 | 14.00 | 168.00 | 1,400.00 |
| Sick Time | | | 0.00 | 126.00 |
| Growth | | | 0.00 | 48.00 |
| | | | 1,232.00 | 10,870.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| IN - Counties Tax | | | -17.37 | -153.27 |
| Federal Withholding | | | -88.00 | -748.00 |
| Social Security Employee | | | -76.38 | -673.94 |
| Medicare Employee | | | -17.87 | -157.62 |
| IN - Withholding | | | -41.89 | -369.59 |
| | | | -221.51 | -2,102.42 |

| Net Pay | 1,010.49 | 8,767.58 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 9:00 | 71:00 |
| Vacation | 100:00 | 44:00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

---

**BOB WARD - AGENT**

5168

**Employee**
Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230

SSN ***-**-8534
Status (Fed/State) Married/Withhold
Pay Period: 04/16/2009 - 04/30/2009

Allowances/Extra
Fed-0/0/IN-0/0
Pay Date: 04/30/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 86:00 | 14.00 | 1,204.00 | 8,232.00 |
| Sick Time | | | | 126.00 |
| Vacation | | | | 1,232.00 |
| Growth | | | | 48.00 |
| | | | 1,204.00 | 9,638.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| IN - Counties Tax | | | -16.98 | -135.90 |
| Federal Withholding | | | -64.00 | -660.00 |
| Social Security Employee | | | -74.65 | -597.56 |
| Medicare Employee | | | -17.46 | -139.75 |
| IN - Withholding | | | -40.94 | -327.70 |
| | | | -214.03 | -1,860.91 |

| Net Pay | 989.97 | 7,757.09 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 9:00 | 71:00 |
| Vacation | 88:00 | 56:00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

## BOB WARD - AGENT

5163

**Employee**
Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230

SSN ***-**-8534  Status (Fed/State): Married/Withhold
Pay Period: 04/01/2009 - 04/15/2009

Allowances/Extra
Fed-0/0/IN-0/0
Pay Date: 04/15/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 72.00 | 14.00 | 1,008.00 | 7,028.00 |
| Vacation | 16.00 | 14.00 | 224.00 | 1,232.00 |
| Growth | 7.00 | 2.00 | 14.00 | 48.00 |
| Sick Time | | | | 126.00 |
| | | | 1,246.00 | 8,434.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| IN - Counties Tax | | | -17.57 | -118.92 |
| Federal Withholding | | | -70.00 | -616.00 |
| Social Security Employee | | | -77.25 | -522.91 |
| Medicare Employee | | | -18.06 | -122.29 |
| IN - Withholding | | | -42.36 | -286.76 |
| | | | -225.24 | -1,666.88 |

| Net Pay | 1,020.76 | 6,767.12 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 9:00 | 71:00 |
| Vacation | 88:00 | 56:00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

## BOB WARD - AGENT

5162

**Employee**
Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230

SSN ***-**-8534  Status (Fed/State): Married/Withhold
Pay Period: 03/16/2009 - 03/31/2009

Allowances/Extra
Fed-0/0/IN-0/0
Pay Date: 03/31/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 56.00 | 14.00 | 784.00 | 6,020.00 |
| Vacation | 40.00 | 14.00 | 560.00 | 1,008.00 |
| Sick Time | | | | 126.00 |
| Growth | | | | 34.00 |
| | | | 1,344.00 | 7,188.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| IN - Counties Tax | | | -18.95 | -101.35 |
| Federal Withholding | | | -85.00 | -546.00 |
| Social Security Employee | | | -83.33 | -445.66 |
| Medicare Employee | | | -19.49 | -104.23 |
| IN - Withholding | | | -45.70 | -244.40 |
| | | | -252.47 | -1,441.64 |

| Net Pay | 1,091.53 | 5,746.36 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 9:00 | 71:00 |
| Vacation | 72:00 | 72:00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

## BOB WARD - AGENT

5151

**Employee**
Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230

SSN ***-**-8534  Status (Fed/State): Married/Withhold
Pay Period: 03/01/2009 - 03/15/2009

Allowances/Extra
Fed-0/0/IN-0/0
Pay Date: 03/13/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 80.00 | 14.00 | 1,120.00 | 5,236.00 |
| Sick Time | | | | 126.00 |
| Vacation | | | | 448.00 |
| Growth | | | | 34.00 |
| | | | 1,120.00 | 5,844.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| IN - Counties Tax | | | -15.79 | -82.40 |
| Federal Withholding | | | -85.00 | -461.00 |
| Social Security Employee | | | -69.44 | -362.33 |
| Medicare Employee | | | -16.24 | -84.74 |
| IN - Withholding | | | -38.08 | -198.70 |
| | | | -224.55 | -1,189.17 |

| Net Pay | 895.45 | 4,654.83 |
|---|---|---|

| Paid Time Off | YTD Used | Available |
|---|---|---|
| Sick | 9:00 | 71:00 |
| Vacation | 32:00 | 112:00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

**BOB WARD - AGENT**                                                                                      5146

Employee
Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230

SSN ***-**-8534   Status (Fed/State) Married/Withhold -   Allowances/Extra Fed-0/0/IN-0/0
Pay Period: 02/16/2009 - 02/28/2009   Pay Date: 02/27/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 80:00 | 14.00 | 1,120.00 | 4,116.00 |
| Growth | 15.00 | 2.00 | 30.00 | 34.00 |
| Sick Time | | | | 128.00 |
| Vacation | | | | 448.00 |
| | | | 1,150.00 | 4,724.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| IN - Counties Tax | | | -16.22 | -66.61 |
| Federal Withholding | | | -89.00 | -376.00 |
| Social Security Employee | | | -71.30 | -292.89 |
| Medicare Employee | | | -16.68 | -68.50 |
| IN - Withholding | | | -39.10 | -160.62 |
| | | | -232.30 | -964.62 |

| Net Pay | | | 917.70 | 3,759.38 |
|---|---|---|---|---|

| Paid Time Off | | | YTD Used | Available |
|---|---|---|---|---|
| Sick | | | 9:00 | 71:00 |
| Vacation | | | 32:00 | 112:00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

---

**BOB WARD - AGENT**                                                                                      5143

Employee
Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230

SSN ***-**-8534   Status (Fed/State) Married/Withhold   Allowances/Extra Fed-0/0/IN-0/0
Pay Period: 02/01/2009 - 02/15/2009   Pay Date: 02/13/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 71:00 | 14.00 | 994.00 | 2,996.00 |
| Sick Time | 8:00 | 14.00 | 112.00 | 126.00 |
| Growth | 2.00 | 2.00 | 4.00 | 4.00 |
| Vacation | | | | 448.00 |
| | | | 1,110.00 | 3,574.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| IN - Counties Tax | | | -15.65 | -50.39 |
| Federal Withholding | | | -83.00 | -287.00 |
| Social Security Employee | | | -68.82 | -221.59 |
| Medicare Employee | | | -16.09 | -51.82 |
| IN - Withholding | | | -37.74 | -121.52 |
| | | | -221.30 | -732.32 |

| Net Pay | | | 888.70 | 2,841.68 |
|---|---|---|---|---|

| Paid Time Off | | | YTD Used | Available |
|---|---|---|---|---|
| Sick | | | 9:00 | 71:00 |
| Vacation | | | 32:00 | 112:00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

---

**BOB WARD - AGENT**                                                                                      5135

Employee
Michelle A Rangel, 4349 E Chasteen Rd, Deputy, IN 47230

SSN ***-**-8534   Status (Fed/State) Married/Withhold   Allowances/Extra Fed-0/0/IN-0/0
Pay Period: 01/16/2009 - 01/31/2009   Pay Date: 01/30/2009

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Regular | 61:00 | 14.00 | 854.00 | 2,002.00 |
| Vacation | 27:00 | 14.00 | 378.00 | 448.00 |
| Sick Time | | | | 14.00 |
| | | | 1,232.00 | 2,464.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| IN - Counties Tax | | | -17.37 | -34.74 |
| Federal Withholding | | | -102.00 | -204.00 |
| Social Security Employee | | | -76.39 | -152.77 |
| Medicare Employee | | | -17.87 | -35.73 |
| IN - Withholding | | | -41.89 | -83.78 |
| | | | -255.52 | -511.02 |

| Net Pay | | | 976.48 | 1,952.98 |
|---|---|---|---|---|

| Paid Time Off | | | YTD Used | Available |
|---|---|---|---|---|
| Sick | | | 1:00 | 79:00 |
| Vacation | | | 32:00 | 112:00 |

BOB WARD INSURANCE AGENCY, 1672 W MCCLAIN AVE, SCOTTSBURG, IN 47170 812-752-7523, BOB WARD STATE FARM INSURANCE

H279-02 V: 25    PAYROLL HISTORY INFORMATION        THU, AUG 13, 2009, 10:25 AM

WEEK ENDING
PE 08/02/09  DROT 16002G    GLOBAL 000879601   NAME RANGEL                R G
DROT SCHEDULE [ ]                                                COMPANY 001

|                 | MON   | TUE   | WED   | THU   | FRI   | SAT   | SUN   | TOTAL |
|-----------------|-------|-------|-------|-------|-------|-------|-------|-------|
| HRS FROM H316   | .0    | .0    | .0    | .0    | .0    | .0    | .0    | .0    |
| HRS TO BE PAID  | .0    | .0    | .0    | .0    | .0    | .0    | .0    | .0    |
| PREMIUM HOURS   | .00   | .00   | .00   | .00   | .00   | .00   | .00   | .00   |
| PREM HRS ADJ    | .00   | .00   | .00   | .00   | .00   | .00   | .00   | .00   |
| SHIFT PREMIUM   | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .00   |
| SHIFT PREM ADJ  | .00   | .00   | .00   | .00   | .00   | .00   | .00   | .00   |
| TOTAL HOURS     |       |       |       |       |       |       |       | .00   |

---------------------------------------------------------------------------------

|                 | MON   | TUE   | WED   | THU   | FRI   | SAT   | SUN   | TOTAL |
|-----------------|-------|-------|-------|-------|-------|-------|-------|-------|
| OVERTIME HRS    | .0    | .0    | .0    | .0    | .0    | .0    | .0    | .0    |
| ABS CD/HRS 1  9 | 8.0 9 | 8.0 9 | 8.0 9 | 8.0 9 | 8.0   | .0    | .0    | 40.0  |
| ABS CD/HRS 2    | .0    | .0    | .0    | .0    | .0    | .0    | .0    | .0    |
| START TIME      |       |       |       |       |       |       |       |       |
| HRS REV BY SUPT | .0    | .0    | .0    | .0    | .0    | .0    | .0    |       |
| SUPT ID         |       |       |       |       |       |       |       |       |
| SHIFT           |       |       |       |       |       |       |       |       |
| B/L WRITE-IN    |       |       |       |       |       |       |       |       |

EMPL HRLY RATE                                                        28.375
EMPLOYEE INFORMATION DISPLAYED - PRESS F6 FOR NEXT SCREEN
                        NEW                    NEXT    START    EXIT
                        DATE                   SCREEN  OVER     TASK

```
H279-02 V: 25    PAYROLL HISTORY INFORMATION        THU, AUG 13, 2009, 10:25 AM

PE 07/26/09  DROT 16002G    GLOBAL 000879601  NAME RANGEL              R G
DROT SCHEDULE [ ]                                          COMPANY 001
                  MON     TUE     WED     THU     FRI     SAT     SUN    TOTAL
HRS FROM H316     .0      .0      .0      .0      .0      .0      .0      .0
HRS TO BE PAID    .0      .0      .0      .0      .0      .0      .0      .0
PREMIUM HOURS     .00     .00     .00     .00     .00     .00     .00     .00
PREM HRS ADJ      .00     .00     .00     .00     .00     .00     .00     .00
SHIFT PREMIUM    .0000   .0000   .0000   .0000   .0000   .0000   .0000    .00
SHIFT PREM ADJ    .00     .00     .00     .00     .00     .00     .00     .00
TOTAL HOURS                                                               .00
-----------------------------------------------------------------------------
OVERTIME HRS      .0      .0      .0      .0      .0      .0      .0       .0
ABS CD/HRS 1   9  8.0 9  8.0 9  8.0 9  8.0 9  8.0     .0      .0     40.0
ABS CD/HRS 2      .0      .0      .0      .0      .0      .0      .0       .0
START TIME
HRS REV BY SUPT   .0      .0      .0      .0      .0      .0      .0
SUPT ID
SHIFT
B/L WRITE-IN


EMPL HRLY RATE                                                   28.375
EMPLOYEE INFORMATION DISPLAYED - PRESS F6 FOR NEXT SCREEN
                        NEW               NEXT    START   EXIT
                        DATE              SCREEN  OVER    TASK
```

*(handwritten annotation at top left:* WEEK ENDING*)*

H279-02 V: 25   <u>PAYROLL HISTORY INFORMATION</u>      THU, AUG 13, 2009, 10:25 AM

Week Ending

PE 07/19/09  DROT 16002G    GLOBAL 000879601  NAME RANGEL          R G
DROT SCHEDULE [ ]                                    COMPANY 001

|                   | MON    | TUE    | WED    | THU    | FRI    | SAT    | SUN    | TOTAL  |
|-------------------|--------|--------|--------|--------|--------|--------|--------|--------|
| HRS FROM H316     | .0     | .0     | .0     | .0     | .0     | .0     | .0     | .0     |
| HRS TO BE PAID    | .0     | .0     | .0     | .0     | .0     | .0     | .0     | .0     |
| PREMIUM HOURS     | .00    | .00    | .00    | .00    | .00    | .00    | .00    | .00    |
| PREM HRS ADJ      | .00    | .00    | .00    | .00    | .00    | .00    | .00    | .00    |
| SHIFT PREMIUM     | .0000  | .0000  | .0000  | .0000  | .0000  | .0000  | .0000  | .00    |
| SHIFT PREM ADJ    | .00    | .00    | .00    | .00    | .00    | .00    | .00    | .00    |
| TOTAL HOURS       |        |        |        |        |        |        |        | .00    |

------------------------------------------------------------------------------------

| | MON | TUE | WED | THU | FRI | SAT | SUN | TOTAL |
|---|---|---|---|---|---|---|---|---|
| OVERTIME HRS      | .0       | .0       | .0       | .0       | .0     | .0  | .0  | .0   |
| ABS CD/HRS 1   V  | 8.0 V    | 8.0 V    | 8.0 V    | 8.0 V    | 8.0    | .0  | .0  | 40.0 |
| ABS CD/HRS 2      | .0       | .0       | .0       | .0       | .0     | .0  | .0  | .0   |
| START TIME        |          |          |          |          |        |     |     |      |
| HRS REV BY SUPT   | .0       | .0       | .0       | .0       | .0     | .0  | .0  |      |
| SUPT ID           |          |          |          |          |        |     |     |      |
| SHIFT             |          |          |          |          |        |     |     |      |
| B/L WRITE-IN      |          |          |          |          |        |     |     |      |


EMPL HRLY RATE                                              28.375
EMPLOYEE INFORMATION DISPLAYED - PRESS F6 FOR NEXT SCREEN
                       NEW                    NEXT    START    EXIT
                       DATE                   SCREEN  OVER     TASK

Case 09-92944-BHL-13   Doc 1   Filed 08/20/09   EOD 08/20/09 11:45:51   Pg 17 of 82

H279-02 V: 25    <u>PAYROLL HISTORY INFORMATION</u>       THU, AUG 13, 2009, 10:25 AM

WEEK ENDING
PE 07/12/09   DROT 16002G    GLOBAL 000879601   NAME RANGEL              R G
DROT SCHEDULE [                                               COMPANY 001

|                    | MON   | TUE   | WED   | THU   | FRI   | SAT   | SUN   | TOTAL |
|--------------------|-------|-------|-------|-------|-------|-------|-------|-------|
| HRS FROM H316      | 8.0   | 8.0   | 8.0   | 8.0   | 8.0   | .0    | .0    | 40.0  |
| HRS TO BE PAID     | 8.0   | 8.0   | 8.0   | 8.0   | 8.0   | .0    | .0    | 40.0  |
| PREMIUM HOURS      | .00   | .00   | .00   | .00   | .00   | .00   | .00   | .00   |
| PREM HRS ADJ       | .00   | .00   | .00   | .00   | .00   | .00   | .00   | .00   |
| SHIFT PREMIUM      | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .0000 | .00   |
| SHIFT PREM ADJ     | .00   | .00   | .00   | .00   | .00   | .00   | .00   | .00   |
| TOTAL HOURS        |       |       |       |       |       |       |       | 40.00 |

---

|                    | MON   | TUE   | WED   | THU   | FRI   | SAT   | SUN   | TOTAL |
|--------------------|-------|-------|-------|-------|-------|-------|-------|-------|
| OVERTIME HRS       | .0    | .0    | .0    | .0    | .0    | .0    | .0    | .0    |
| ABS CD/HRS 1       | .0    | .0    | .0    | .0    | .0    | .0    | .0    | .0    |
| ABS CD/HRS 2       | .0    | .0    | .0    | .0    | .0    | .0    | .0    | .0    |
| START TIME         | 0700  | 0700  | 0700  | 0700  | 0700  |       |       |       |
| HRS REV BY SUPT    | .0    | .0    | .0    | .0    | .0    | .0    | .0    |       |
| SUPT ID            |       |       |       |       |       |       |       |       |
| SHIFT              | 2     | 2     | 2     | 2     | 2     |       |       |       |
| B/L WRITE-IN       |       |       |       |       |       |       |       |       |

EMPL HRLY RATE                                              28.375
EMPLOYEE INFORMATION DISPLAYED - PRESS F6 FOR NEXT SCREEN

                        NEW              NEXT    START    EXIT
                        DATE             SCREEN  OVER     TASK

CONTACT LABOR RELATIONS TODAY TO SIGN-UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 20 YEARS. IT WILL SAVE YOU TIME & GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP - THANK YOU!

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
26833440

| SOC. SEC NUMBER | NAME | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL, RICHARD G | 0233    1600 | | 2 G | 07/05/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 32.00 | 908.00 | FICA | 70.37 | 2380.99 | |
| HOLIDAY | 08.00 | 227.00 | MEDICARE | 16.46 | 556.85 | |
| TOTAL GROSS | | 1135.00 | FEDERAL | 53.28 | 2896.00 | M 06 |
| | | | INDIANA | 38.59 | 1305.72 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 556.89 | 06 |
| | | | UNION DUES | 56.75 | 403.19 | |
| | | | OLIP | 15.45 | | |
| | | | DLIP | 6.15 | | |
| | | | OAIP | 2.40 | | |
| | | | DIRECT DEPOSIT | 859.09 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 38403.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  07-10-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 0 | BASE | | 28.375 |
| EXC ABS PAID | 0 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | 160 | | | |
| EXC ABS DUE | 40 | | | |

────── REMOVE DOCUMENT ALONG THIS PERFORATION ──────

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT──────NON-NEGOTIABLE DOCUMENT──────

CONTACT LABOR RELATIONS TODAY TO SIGN-UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 20 YEARS. IT WILL SAVE YOU TIME & GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP - THANK YOU!

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
26802914

| SOC. SEC NUMBER | NAME | | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL, RICHARD G | | | 0233 1600 | | 2 G | 06/28/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | MISC CODES |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 2310.62 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.46 | 540.39 | |
| | | | FEDERAL | 53.28 | 2842.72 | M 06 |
| | | | INDIANA | 38.59 | 1267.13 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 540.43 | 00 |
| | | | UNION DUES | 0.00 | 346.44 | |
| | | | DIRECT DEPOSIT | 939.84 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 37268.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON 07-02-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 0 | BASE | | 28.375 |
| EXC ABS PAID | 0 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | 160 | | | |
| EXC ABS DUE | 40 | | | |

------- REMOVE DOCUMENT ALONG THIS PERFORATION -------

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT-------NON-NEGOTIABLE DOCUMENT-------

INTERESTED IN A BUYOUT? THE BUYOUT WINDOW CLOSES THIS FRIDAY, 6/26/09.
TO SIGN UP, GO TO THE LABOR RELATIONS OFFICE!

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
26748219

| SOC. SEC NUMBER | NAME | | | LOCATION/DEPT NO | | AREA/BADGE | | PAY ENDING |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL, RICHARD G | | | 0233      1600 | | 2 G | | 06/21/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|

| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | MISC CODES |
|---|---|---|---|---|---|---|
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 2240.25 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.46 | 523.93 | |
| | | | FEDERAL | 53.28 | 2789.44 | M 06 |
| | | | INDIANA | 38.59 | 1228.54 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 523.97 | 00 |
| | | | UNION DUES | 0.00 | 346.44 | |
| | | | DIRECT DEPOSIT | 939.84 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 36133.23 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  06-26-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | AMOUNT | |
| REGULAR PAID | 0 | BASE | 28.375 | |
| EXC A8S PAID | 0 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE   J | 160 | | | |
| EXC ABS DUE | 40 | | | |

─── REMOVE DOCUMENT ALONG THIS PERFORATION ───

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT ── NON-NEGOTIABLE DOCUMENT ──

THE WWW.YOURJOBCONNECTION.ORG WEBSITE IS STILL UP AND RUNNING! REGISTER YOUR
EMAIL ADDRESS TO RECEIVE IMPORTANT, TIMELY UPDATES ON EXTERNAL JOB POSTINGS
AND JOB FAIRS, AND OTHER VALUABLE RESOURCES. BUYOUT WINDOW CLOSES 6/26/09.

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
26678584

| SOC. SEC NUMBER | NAME | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL, RICHARD G | | 0233  1600 | | 2 G | 06/14/2009 |

### EARNINGS/ADJUSTMENTS

| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 2169.88 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.45 | 507.47 | M 06 |
| | | | FEDERAL | 53.28 | 2736.16 | 00 |
| | | | INDIANA | 38.59 | 1189.95 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 507.51 | |
| | | | UNION DUES | 0.00 | 346.44 | |
| | | | DIRECT DEPOSIT | 939.85 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 34998.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  06-19-2009
INSURANCE CODE - FF

| VACATION BALANCES | | HOURLY RATES | | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | AMOUNT | |
| REGULAR PAID | 0 | BASE | 28.375 | |
| EXC ABS PAID | 0 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | 160 | | | |
| EXC ABS DUE | 40 | | | |

------ REMOVE DOCUMENT ALONG THIS PERFORATION ------

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT.
NON-NEGOTIABLE DOCUMENT
VOID

THE WWW.YOURJOBCONNECTION.ORG WEBSITE IS STILL UP AND RUNNING! REGISTER YOUR
EMAIL ADDRESS TO RECEIVE IMPORTANT, TIMELY UPDATES ON EXTERNAL JOB POSTINGS
AND JOB FAIRS, AND OTHER VALUABLE RESOURCES.  BUYOUT WINDOW CLOSES 6/26/09.

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
26620643

| SOC. SEC NUMBER | NAME | LOCATION/DEPT NO | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | 0233    1600 | G | 06/07/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 2099.51 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.46 | 491.02 | |
| | | | FEDERAL | 53.28 | 2682.88 | M 06 |
| | | | INDIANA | 38.59 | 1151.36 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 491.05 | 00 |
| | | | UNION DUES | 56.75 | 346.44 | |
| | | | OLIP | 15.45 | | |
| | | | DLIP | 6.15 | | |
| | | | OAIF | 2.40 | | |
| | | | DIRECT DEPOSIT | 859.09 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 33863.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  06-12-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | | |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS | | DESC | | AMOUNT |
| REGULAR PAID | 0 | BASE | | | 28.375 |
| EXC ABS PAID | 0 | | | | |
| PRORATA PAID | 0 | | | | |
| REGULAR DUE | J | 160 | | | |
| EXC ABS DUE | | 40 | | | |

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT------NON-NEGOTIABLE DOCUMENT-------

CONTACT LABOR RELATIONS TODAY TO SIGN-UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 20 YEARS. IT WILL SAVE YOU TIME & GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP — THANK YOU!

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

217697917B
CHECK NUMBER
26575188

| SOC. SEC NUMBER | NAME | | | LOCATION/DEPT NO | | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL, RICHARD G | | | 0233 | 1600 | | 2 G | 05/31/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|

| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | MISC CODES |
|---|---|---|---|---|---|---|
| STRAIGHT TIME | 32.00 | 908.00 | FICA | 70.37 | 2029.14 | |
| HOLIDAY | 08.00 | 227.00 | MEDICARE | 16.46 | 474.56 | |
| TOTAL GROSS | | 1135.00 | FEDERAL | 53.28 | 2629.60 | M 06 |
| | | | INDIANA | 38.59 | 1112.77 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 474.59 | 00 |
| | | | UNION DUES | 0.00 | 289.69 | |
| | | | DIRECT DEPOSIT | 939.84 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 32728.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  06-05-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | | DESC | AMOUNT |
| REGULAR PAID | 120 | | BASE | 28.375 |
| EXC ABS PAID | 40 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE       ) | 0 | | | |
| EXC ABS DUE | 0 | | | |

———— REMOVE DOCUMENT ALONG THIS PERFORATION ————

THIS DOCUMENT IS PRINTED IN TWO COLORS! DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT!

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

————NON-NEGOTIABLE DOCUMENT————NON-NEGOTIABLE DOCUMENT————

CONTACT LABOR RELATIONS TODAY TO SIGN-UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 20 YEARS. IT WILL SAVE YOU TIME & GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP – THANK YOU!

 Ford Motor Company

2176979173

STATEMENT of EARNINGS and DEDUCTIONS

CHECK NUMBER
26532865

| SOC. SEC NUMBER | NAME | LOCATION/DEPT NO | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|
| XXX-XX-4743 | RANGEL, RICHARD G | 0233    3000 | 2 G | 05/24/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 1958.77 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.46 | 458.10 | |
| | | | FEDERAL | 53.28 | 2576.32 | M 06 |
| | | | INDIANA | 38.59 | 1074.18 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 458.13 | 00 |
| | | | UNION DUES | 0.00 | 289.69 | |
| | | | DIRECT DEPOSIT | 939.84 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 31593.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  05-29-2009
INSURANCE CODE – FF

| VACATION BALANCES | | | HOURLY RATES | | |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS | | DESC | | AMOUNT |
| REGULAR PAID | 120 | | BASE | | 28.375 |
| EXC ABS PAID | 40 | | | | |
| PRORATA PAID | 0 | | | | |
| REGULAR DUE | J | 0 | | | |
| EXC ABS DUE | | 0 | | | |

REMOVE DOCUMENT ALONG THIS PERFORATION

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT-------NON-NEGOTIABLE DOCUMENT-------

HAVE A PAYROLL RELATED QUESTION? FOR YOUR CONVENIENCE, SUBMIT YOUR QUESTION
TO HPAY@FORD.COM. WE ARE COMMITTED TO A QUICK RESPONSE TIME.

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
**CHECK NUMBER**
26475272

| SOC. SEC NUMBER | NAME | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | 0233      1600 | | 2 G | 05/17/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 1888.40 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.45 | 441.64 | |
| | | | FEDERAL | 53.28 | 2523.04 | M 06 |
| | | | INDIANA | 38.59 | 1035.59 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 441.67 | 00 |
| | | | UNION DUES | 0.00 | 289.69 | |
| | | | DIRECT DEPOSIT | 939.85 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 30458.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON   05-22-2009
INSURANCE CODE - FF

| VACATION BALANCES | | HOURLY RATES | | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 120 | BASE | | 28.375 |
| EXC ABS PAID | 40 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | J | 0 | | |
| EXC ABS DUE | | 0 | | |

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT------NON-NEGOTIABLE DOCUMENT-------

THE NATIONAL EMPLOYEE SERVICES CENTER (NESC) WILL HAVE NEW TELEPHONE HOURS
BEGINNING MAY 21, 2009.  THE NEW HOURS ARE:  MONDAY-WEDNESDAY 9AM-4PM ET,
THURSDAYS: 1PM-4PM ET, AND FRIDAYS: 9AM-12NOON ET.  CALL 1-800-248-4444.

 Ford Motor Company

2176979173
STATEMENT of EARNINGS and DEDUCTIONS  CHECK NUMBER
26443688

| SOC. SEC NUMBER | NAME | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | | 0233      1600 | | 2 G | 05/10/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 1818.03 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.46 | 425.19 | |
| | | | FEDERAL | 53.28 | 2469.76 | M 06 |
| | | | INDIANA | 38.59 | 997.00 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 425.21 | 00 |
| | | | UNION DUES | 0.00 | 289.69 | |
| | | | DIRECT DEPOSIT | 939.84 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 29323.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  05-15-2009
INSURANCE CODE - FF

| VACATION BALANCES | | HOURLY RATES | | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 120 | BASE | | 28.375 |
| EXC ABS PAID | 40 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | J  0 | | | |
| EXC ABS DUE | 0 | | | |

------- REMOVE DOCUMENT ALONG THIS PERFORATION -------

VOID

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT------- -------NON-NEGOTIABLE DOCUMENT-------

CONTACT LABOR RELATIONS TODAY TO SIGN UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 20 YEARS. IT WILL SAVE YOU TIME & GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP.. THANK YOU

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173

CHECK NUMBER
26395331

| SOC. SEC. NUMBER | NAME | | LOCATION/DEPT. NO | | AREM/BADGE | | PAY ENDING |
|---|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | | 0233    1600 | | 2 G | | 05/03/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REIM BALD MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 1747.66 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.46 | 408.73 | |
| | | | FEDERAL | 53.38 | 2416.48 | |
| | | | INDIANA | 28.90 | 958.41 | M 05 |
| | | | JEFF CNTY EMP | 16.60 | 508.75 | 00 |
| | | | UNION DUES | 56.95 | 289.69 | 00 |
| | | | DLIP | 15.43 | | |
| | | | DI IP | 6.3 | | |
| | | | OAEP | 2.69 | | |
| | | | DIRECT DEPOSIT | 859.06 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| LAS WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL WZ GROSS | | 28188.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  05 08 2009
INSURANCE CODE   FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | | DESC | AMOUNT |
| REGULAR PAID | (2) | | BASE | 28.375 |
| EXC ABS PAID | 4) | | | |
| PRORATA PAID | ) | | | |
| REGULAR DUE | 3 | | | |
| EXC ABS DUE | ) | | | |

BOB WARD - AGENT                                                                5178

JUST ANNOUNCED!! 2 EXTRA X-PLAN PINS (6 TOTAL) TO EMPLOYEES THROUGH 2009.
TAKE ADVANTAGE OF THIS OPPORTUNITY TO BOOST COMPANY SALES BY EXTENDING X-PLAN
SAVINGS TO YOUR FRIENDS & NEIGHBORS BY VISITING WWW.AXZ.FORD.COM

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
**CHECK NUMBER**
26360969

| SOC. SEC NUMBER | NAME | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | 0233 | 1310 | 2 C | 04/26/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 1677.29 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.46 | 392.27 | |
| | | | FEDERAL | 53.28 | 2363.20 | M 06 |
| | | | INDIANA | 38.59 | 919.82 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 392.29 | 00 |
| | | | UNION DUES | 0.00 | 232.94 | |
| | | | DIRECT DEPOSIT | 939.84 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 27053.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  05-01-2009
INSURANCE CODE – FF

| VACATION BALANCES | | HOURLY RATES | | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 120 | BASE | | 28.375 |
| EXC ABS PAID | 40 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | J | 0 | | |
| EXC ABS DUE | | 0 | | |

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT-------NON-NEGOTIABLE DOCUMENT-------

CONTACT LABOR RELATIONS TODAY TO SIGN UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 20 YEARS. IT WILL SAVE YOU TIME & GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP - THANK YOU!

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
26303820

| SOC. SEC NUMBER | NAME | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | | 0233      1600 | | 2 G | 04/19/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 1606.92 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.45 | 375.81 | |
| | | | FEDERAL | 53.28 | 2309.92 | M 06 |
| | | | INDIANA | 38.59 | 881.23 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 375.83 | 00 |
| | | | UNION DUES | 0.00 | 232.94 | |
| | | | DIRECT DEPOSIT | 939.85 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WEEK BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 25918.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  04-24-2009
INSURANCE CODE - FF

| VACATION BALANCES | | HOURLY RATES | |
|---|---|---|---|
| DESCRIPTION | HOURS | DESC | AMOUNT |
| REGULAR PAID | 120 | BASE | 28.375 |
| EXC ABS PAID | 40 | | |
| PRORATA PAID | 0 | | |
| REGULAR DUE | 0 | | |
| EXC ABS DUE | 0 | | |

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT-------NON-NEGOTIABLE DOCUMENT-------

CONTACT LABOR RELATIONS TODAY TO SIGN-UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 20 YEARS. IT WILL SAVE YOU TIME & GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP – THANK YOU!

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
**CHECK NUMBER**
26269060

| SOC. SEC NUMBER | NAME | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | 0233      1600 | | 2 G | 04/12/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 32.00 | 908.00 | FICA | 70.37 | 1536.55 | |
| HOLIDAY | 08.00 | 227.00 | MEDICARE | 16.46 | 359.36 | |
| TOTAL GROSS | | 1135.00 | FEDERAL | 53.28 | 2256.64 | M 06 |
| | | | INDIANA | 38.59 | 842.64 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 359.37 | 00 |
| | | | UNION DUES | 0.00 | 232.94 | |
| | | | DIRECT DEPOSIT | 939.84 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WK. UNITS BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 24783.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  04-17-2009
INSURANCE CODE – FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 120 | BASE | | 28.375 |
| EXC ABS PAID | 40 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | J | 0 | | |
| EXC ABS DUE | | 0 | | |

------ REMOVE DOCUMENT ALONG THIS PERFORATION ------

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT-------NON-NEGOTIABLE DOCUMENT-------

CONTACT LABOR RELATIONS TODAY TO SIGN-UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 20 YEARS. IT WILL SAVE YOU TIME & GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP – THANK YOU!

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
26214906

| SOC. SEC NUMBER | NAME | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | 0233 | 1600 | 2 G | 04/05/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 1466.18 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.46 | 342.90 | |
| | | | FEDERAL | 53.28 | 2203.36 | M 06 |
| | | | INDIANA | 38.59 | 804.05 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 342.91 | 00 |
| | | | UNION DUES | 56.75 | 232.94 | |
| | | | OLIP | 15.45 | | |
| | | | OLIP | 6.15 | | |
| | | | OAIP | 2.40 | | |
| | | | DIRECT DEPOSIT | 859.09 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WK. UNITS BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 23648.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  04-09-2009
INSURANCE CODE - FF

| VACATION BALANCES | | HOURLY RATES | | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 120 | BASE | | 28.375 |
| EXC ABS PAID | 40 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | } 0 | | | |
| EXC ABS DUE | 0 | | | |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

------NON-NEGOTIABLE DOCUMENT------NON-NEGOTIABLE DOCUMENT------

VOID

DUE TO CHANGES TO THE TAX LAW MADE IN THE AMERICAN RECOVERY AND REINVESTMENT
ACT OF 2009, ALL FEDERAL WAGE WITHHOLDING TABLES HAVE BEEN UPDATED.
FOR DETAILED INFORMATION, PLEASE ACCESS THE IRS WEBSITE AT WWW.IRS.GOV.

 **Ford** Ford Motor Company

2176979173

STATEMENT of EARNINGS and DEDUCTIONS    CHECK NUMBER
26157982

| SOC. SEC NUMBER | NAME | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | | 0233    1600 | | 2 G | 03/22/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 1325.44 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.45 | 309.98 | |
| | | | FEDERAL | 53.28 | 2096.80 | M 06 |
| | | | INDIANA | 38.59 | 726.87 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 309.99 | 00 |
| | | | UNION DUES | 0.00 | 176.19 | |
| | | | DIRECT DEPOSIT | 939.85 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| SUB WK. UNITS BALANCE | | 52.00 | | | | |
| YTD FEDERAL W2 GROSS | | 21378.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  03-27-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 120 | BASE | | 28.375 |
| EXC ABS PAID | 40 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | J    0 | | | |
| EXC ABS DUE | 0 | | | |

------ REMOVE DOCUMENT ALONG THIS PERFORATION ------

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT-------NON-NEGOTIABLE DOCUMENT-------

DUE TO CHANGES TO THE TAX LAW MADE IN THE AMERICAN RECOVERY AND REINVESTMENT
ACT OF 2009, ALL FEDERAL WAGE WITHHOLDING TABLES HAVE BEEN UPDATED.
FOR DETAILED INFORMATION, PLEASE ACCESS THE IRS WEBSITE AT WWW.IRS.GOV.

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173

CHECK NUMBER
26094063

| SOC. SEC NUMBER | NAME | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL, RICHARD G | | 0233    1600 | | 2 G | 03/15/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | REM BAL/ MISC CODES |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 1255.07 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.46 | 293.53 | |
| | | | FEDERAL | 53.28 | 2043.52 | M 06 |
| | | | INDIANA | 38.59 | 688.28 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 293.53 | 00 |
| | | | UNION DUES | 0.00 | 176.19 | |
| | | | DIRECT DEPOSIT | 939.84 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| YTD FEDERAL W2 GROSS | | 20243.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  03-20-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | | DESC | AMOUNT |
| REGULAR PAID | 120 | | BASE | 28.375 |
| EXC ABS PAID | 40 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | J | 0 | | |
| EXC ABS DUE | | 0 | | |

─── REMOVE DOCUMENT ALONG THIS PERFORATION ───

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

------NON-NEGOTIABLE DOCUMENT------NON-NEGOTIABLE DOCUMENT------

CONTACT LABOR RELATIONS TODAY TO SIGN-UP FOR DIRECT DEPOSIT. IT IS SIMPLE,
SECURE, SMART AND HAS BEEN AT FORD FOR 20 YEARS. IT WILL SAVE YOU TIME & GAS.
IT WILL REDUCE COSTS TO THE COMPANY. IF YOU ARE ALREADY SIGNED UP - THANK YOU!

 **Ford** Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
**CHECK NUMBER**
26052351

| SOC. SEC NUMBER | NAME | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | 0233 | 1600 | 2 G | 03/08/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1135.00 | FICA | 70.37 | 1184.70 | |
| TOTAL GROSS | | 1135.00 | MEDICARE | 16.46 | 277.07 | |
| | | | FEDERAL | 53.28 | 1990.24 | M 06 |
| | | | INDIANA | 38.59 | 649.89 | 00 |
| | | | JEFF CNTY EMP | 16.46 | 277.07 | 00 |
| | | | UNION DUES | 0.00 | 176.29 | |
| | | | DIRECT DEPOSIT | 939.84 | | |
| | | | TOTAL DEDUCTIONS | 1135.00 | | |
| YTD FEDERAL W2 GROSS | | 19108.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  03-13-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | | DESC | AMOUNT |
| REGULAR PAID | 120 | | BASE | 28.375 |
| EXC ABS PAID | 40 | | | |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | J | 0 | | |
| EXC ABS DUE | | 0 | | |

----- REMOVE DOCUMENT ALONG THIS PERFORATION -----

THIS DOCUMENT IS PRINTED IN TWO COLORS, DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

VOID

NON-NEGOTIABLE DOCUMENT

    NON-NEGOTIABLE DOCUMENT

        NON-NEGOTIABLE DOCUMENT

            NON-NEGOTIABLE DOCUMENT

                NON-NEGOTIABLE DOCUMENT

                    NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT-------NON-NEGOTIABLE DOCUMENT-------

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
25995237

| SOC. SEC NUMBER | NAME | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | | | | | | | | |

| | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|
| | | 0233   1600 | | 2 G | 03/01/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1174.60 | FICA | 72.82 | 1114.33 | |
| TOTAL GROSS | | 1174.60 | MEDICARE | 17.03 | 260.61 | |
| | | | FEDERAL | 59.22 | 1936.96 | M 06 |
| | | | INDIANA | 39.94 | 611.10 | 00 |
| | | | JEFF CNTY EMP | 17.03 | 260.61 | 00 |
| | | | UNION DUES | 58.73 | 176.19 | |
| | | | OLIP | 15.45 | | |
| | | | DLIP | 6.15 | | |
| | | | OAIP | 2.40 | | |
| | | | DIRECT DEPOSIT | 885.83 | | |
| | | | TOTAL DEDUCTIONS | 1174.60 | | |
| YTD FEDERAL W2 GROSS | | 17973.13 | NET PAY | 0.00 | | |

FOR DEPOSIT ON   03-06-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 120 | BASE | | 28.375 |
| EXC ABS PAID | 40 | COLA | | 0.990 |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | J | 0 | | |
| EXC ABS DUE | 0 | | | |

—— REMOVE DOCUMENT ALONG THIS PERFORATION ——

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT
VOID

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

------NON-NEGOTIABLE DOCUMENT------NON-NEGOTIABLE DOCUMENT------

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
2 5960078

| SOC. SEC NUMBER | NAME | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL, RICHARD G | | 0233    1600 | | 2 G | 02/22/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 40.00 | 1174.60 | FICA | 72.83 | 1041.51 | |
| TOTAL GROSS | | 1174.60 | MEDICARE | 17.03 | 243.58 | |
| | | | FEDERAL | 74.60 | 1877.74 | M 06 |
| | | | INDIANA | 39.94 | 571.16 | 00 |
| | | | JEFF CNTY EMP | 17.03 | 243.58 | 00 |
| | | | UNION DUES | 0.00 | 117.46 | |
| | | | DIRECT DEPOSIT | 953.17 | | |
| | | | TOTAL DEDUCTIONS | 1174.60 | | |
| YTD FEDERAL W2 GROSS | | 16798.53 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  02-27-2009
INSURANCE CODE - FF

| VACATION BALANCES | | HOURLY RATES | | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 120 | BASE | | 28.375 |
| EXC ABS PAID | 40 | COLA | | 0.990 |
| PRORATA PAID | 0 | | | |
| REGULAR DUE    J | 0 | | | |
| EXC ABS DUE | 0 | | | |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

------NON-NEGOTIABLE DOCUMENT--------NON-NEGOTIABLE DOCUMENT-------

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
**CHECK NUMBER**
25899912

| SOC. SEC NUMBER | NAME | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | | 0233    1600 | | 2 G | 02/15/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 64.00 | 1879.36 | FICA | 149.94 | 968.68 | |
| OVERTIME PREM | 18.00 | 539.01 | MEDICARE | 35.07 | 226.55 | |
| TOTAL GROSS | | 2418.37 | FEDERAL | 315.41 | 1803.14 | M 06 |
| | | | INDIANA | 82.22 | 531.22 | 00 |
| | | | JEFF CNTY EMP | 35.07 | 226.55 | 00 |
| | | | UNION DUES | 0.00 | 117.46 | |
| | | | DIRECT DEPOSIT | 1800.66 | | |
| | | | TOTAL DEDUCTIONS | 2418.37 | | |
| YTD FEDERAL W2 GROSS | | 15623.93 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  02-20-2009
INSURANCE CODE - FF

| VACATION BALANCES | | HOURLY RATES | |
|---|---|---|---|
| DESCRIPTION | HOURS | DESC | AMOUNT |
| REGULAR PAID | 120 | BASE | 28.375 |
| EXC ABS PAID | 40 | COLA | 0.990 |
| PRORATA PAID | 0 | | |
| REGULAR DUE | J    0 | | |
| EXC ABS DUE | 0 | | |

------ REMOVE DOCUMENT ALONG THIS PERFORATION ------

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

------NON-NEGOTIABLE DOCUMENT-------NON-NEGOTIABLE DOCUMENT-------

 Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
25866641

| SOC. SEC NUMBER | NAME | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | | 0233    1600 | | 2 G | 02/08/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 32.00 | 939.68 | FICA | 85.57 | 818.74 | |
| VACATION | 05.00 | 146.83 | MEDICARE | 20.01 | 191.48 | |
| EXCUSED ABS. | 02.00 | 58.73 | FEDERAL | 105.44 | 1487.73 | |
| FAMILY LEAVE | 08.00 | 227.00 | INDIANA | 46.93 | 449.00 | M 06 |
| FAM LEAVE COLA | | 7.92 | JEFF CNTY EMP | 20.01 | 191.48 | 00 |
| TOTAL GROSS | | 1380.16 | UNION DUES | 0.00 | 117.46 | 00 |
| | | | DIRECT DEPOSIT | 1102.20 | | |
| | | | TOTAL DEDUCTIONS | 1380.16 | | |
| YTD FEDERAL W2 GROSS | | 13205.56 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  02-13-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | DESC | | AMOUNT |
| REGULAR PAID | 120 | BASE | | 28.375 |
| EXC ABS PAID | 40 | COLA | | 0.990 |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | J | 0 | | |
| EXC ABS DUE | | 0 | | |

------ REMOVE DOCUMENT ALONG THIS PERFORATION ------

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND BROWN ARE PRESENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

NON-NEGOTIABLE DOCUMENT

------NON-NEGOTIABLE DOCUMENT------NON-NEGOTIABLE DOCUMENT------

 **Ford** Ford Motor Company

STATEMENT of EARNINGS and DEDUCTIONS

2176979173
CHECK NUMBER
25812765

| SOC. SEC NUMBER | NAME | | LOCATION/DEPT NO | | AREA/BADGE | PAY ENDING |
|---|---|---|---|---|---|---|
| XXX-XX-4743 | RANGEL,RICHARD G | | 0233    1600 | | 2 G | 02 /01/2009 |

| EARNINGS/ADJUSTMENTS | | | DEDUCTIONS/REFUNDS | | | REM BAL/ MISC CODES |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | AMOUNT | YTD | |
| STRAIGHT TIME | 48.00 | 1409.52 | FICA | 109.66 | 733.17 | |
| OVERTIME PREM | 12.00 | 359.34 | MEDICARE | 25.65 | 171.47 | |
| TOTAL GROSS | | 1768.86 | FEDERAL | 163.74 | 1382.29 | M 06 |
| | | | INDIANA | 60.14 | 402.07 | 00 |
| | | | JEFF CNTY EMP | 25.65 | 171.47 | 00 |
| | | | UNION DUES | 58.73 | 117.46 | |
| | | | OLIP | 15.45 | | |
| | | | DLIP | 6.15 | | |
| | | | OAIP | 2.40 | | |
| | | | DIRECT DEPOSIT | 1301.29 | | |
| | | | TOTAL DEDUCTIONS | 1768.86 | | |
| YTD FEDERAL W2 GROSS | | 11825.40 | NET PAY | 0.00 | | |

FOR DEPOSIT ON  02-06-2009
INSURANCE CODE - FF

| VACATION BALANCES | | | HOURLY RATES | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | | DESC | AMOUNT |
| REGULAR PAID | 115 | BASE | | 28.375 |
| EXC ABS PAID | 38 | COLA | | 0.990 |
| PRORATA PAID | 0 | | | |
| REGULAR DUE | 5 | | | |
| EXC ABS DUE | 2 | | | |

NON-NEGOTIABLE DOCUMENT
NON-NEGOTIABLE DOCUMENT
NON-NEGOTIABLE DOCUMENT
NON-NEGOTIABLE DOCUMENT
NON-NEGOTIABLE DOCUMENT
NON-NEGOTIABLE DOCUMENT

-------NON-NEGOTIABLE DOCUMENT-------NON-NEGOTIABLE DOCUMENT-------

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   Richard Rangel,
      Michelle Rangel

Case No. _____

Chapter _____13_____

Debtors ,

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 275,000.00 | | |
| B - Personal Property | Yes | 4 | 36,350.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 345,961.78 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 76,802.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,975.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,810.17 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 311,350.00 | | |
| Total Liabilities | | | | 422,764.45 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    Richard Rangel,
       Michelle Rangel

Case No. _____

                                          Debtors

Chapter _____ 13 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,975.00 |
| Average Expenses (from Schedule J, Line 18) | 5,810.17 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,707.27 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 45,270.78 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 76,802.67 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 122,073.45 |

B6A (Official Form 6A) (12/07)

.

In re   Richard Rangel,
      Michelle Rangel

Case No. _____

_____,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| House and Land<br>Located at:<br>4349 E. Chastain Road<br>Deputy, IN  47230 | Fee simple | J | 110,000.00 | 117,513.00 |
| 3 Bedroom, 2 Bath House, 2 car carport and Land<br>Located at:<br>1151 S. Blue River Road<br>Salem, IN  47167 | Fee simple | J | 79,000.00 | 72,107.00 |
| 3 Bedroom, 1 1/2 Bath House, with 2 car garage and Land<br>Located at:<br>221 Crystal Gayle Drive<br>Scottsburg, IN | Fee simple | W | 86,000.00 | 85,959.00 |

| | | |
|---|---|---|
| Sub-Total > | 275,000.00 | (Total of this page) |
| Total > | 275,000.00 | |

  0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re     Richard Rangel,                                          Case No. _____
          Michelle Rangel
                                                          ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash<br>Located at:<br>4349 E. Chasteen Road<br>Deputy, IN  47230 | J | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Located at:<br>The Scott County State Bank<br>125 W. McClain Avenue<br>Scottsburg, IN  47170 | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household items: bedroom suites, living room suite, kitchen table and chairs, refrigerator, washer and dryer, stove, 4 older televisions, 2 sewing machines, 2 VCR's, 4 radios, 1 hutch, 3 older playstations for children, gas grill, lawn furniture, 2 old mowers.<br>Located at:<br>4349 E. Chasteen Road<br>Deputy, IN  47230 | J | 1,100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Pictures/Art:  $100.00<br>20 CD's: $25.00<br>50 DVD's:  $75.00<br>Home Decorations:  $100.00<br>Located at:<br>4349 E. Chasteen Drive<br>Deputy, IN  47230 | J | 300.00 |
| 6. Wearing apparel. | | Clothes for a family of six<br>Located at:<br>4349 E. Chasteen Road<br>Deputy, IN  47230 | J | 300.00 |

Sub-Total >        1,825.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Richard Rangel,                                              Case No. _____
          Michelle Rangel,
_____,
                            Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Engagement ring and wedding bands:  $500.00 Mother's ring:  $75.00 2 necklaces:  $50.00 Located at: 4349 E. Chasteen Road Deputy, IN  47230 | J | 625.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 1 Camera Located at: 4349 E. Chasteen Drive Deputy, IN  47230 | J | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >                        675.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Richard Rangel,                                                    Case No. _____
         Michelle Rangel
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford F250 Truck Located at: 4349 E. Chasteen Road Deputy, IN 47230 | J | 6,425.00 |
| | | Horse Trailer Located at: 4349 E. Chasteen Road Deputy, IN 47230 | J | 5,500.00 |
| | | 2006 Ford Fusion REPOSSESSED BY FIFTH THIRD BANK 7/15/2009 | J | 7,950.00 |

                                                                Sub-Total >          19,875.00
                                                            (Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Richard Rangel,                                              Case No. _____
          Michelle Rangel,
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | 2003 Ford Expedition-  REPOSSESSED AND SOLD Located at: 4349 E. Chasteen Road Deputy, IN  47230 | J | 9,750.00 |
| | | 1 Adult 4-Wheeler 1 Child 4-Wheeler Located at: 4349 E. Chasteen Drive Deputy, IN  47230 | J | 450.00 |
| 26. Boats, motors, and accessories. | | Pontoon Boat REPOSSESSED BY SCOTT COUNTY BANK ON 7/22/2009 | J | 3,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 older Dell computers Located at: 4349 E. Chasteen Drive Deputy, IN  47230 | J | 100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Six Horses owned by children, saddles and gear Located at: 4349 E. Chasteen Road Deputy, IN  47230 | J | 600.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | Tiller Located at: 4349 E. Chasteen Drive Deputy, IN  47230 | J | 75.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 13,975.00 |
|---|---:|---:|
| | (Total of this page) | |
| | Total > | 36,350.00 |

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    Richard Rangel,                                    Case No. _____
         Michelle Rangel
                                                    ,
                          Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>3 Bedroom, 2 Bath House, 2 car carport and Land<br>Located at:<br>1151 S. Blue River Road<br>Salem, IN  47167 | Ind. Code § 34-55-10-2(c)(1) | 6,893.00 | 79,000.00 |
| **Cash on Hand**<br>Cash<br>Located at:<br>4349 E. Chasteen Road<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 25.00 | 25.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Checking Account<br>Located at:<br>The Scott County State Bank<br>125 W. McClain Avenue<br>Scottsburg, IN  47170 | Ind. Code § 34-55-10-2(c)(2) | 100.00 | 100.00 |
| **Household Goods and Furnishings**<br>Household items: bedroom suites, living room suite, kitchen table and chairs, refrigerator, washer and dryer, stove, 4 older televisions, 2 sewing machines, 2 VCR's, 4 radios, 1 hutch, 3 older playstations for children, gas grill, lawn furniture, 2 old mowers.<br>Located at:<br>4349 E. Chasteen Road<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 1,100.00 | 1,100.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Pictures/Art:  $100.00<br>20 CD's:  $25.00<br>50 DVD's:  $75.00<br>Home Decorations:  $100.00<br>Located at:<br>4349 E. Chasteen Drive<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 300.00 | 300.00 |
| **Wearing Apparel**<br>Clothes for a family of six<br>Located at:<br>4349 E. Chasteen Road<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 300.00 | 300.00 |
| **Furs and Jewelry**<br>Engagement ring and wedding bands: $500.00<br>Mother's ring:  $75.00<br>2 necklaces:  $50.00<br>Located at:<br>4349 E. Chasteen Road<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 625.00 | 625.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07) -- Cont.

In re    Richard Rangel,                                                    Case No. _____
         Michelle Rangel
                                                              ,
                              Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 1 Camera<br>Located at:<br>4349 E. Chasteen Drive<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 50.00 | 50.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2000 Ford F250 Truck<br>Located at:<br>4349 E. Chasteen Road<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 6,425.00 | 6,425.00 |
| Horse Trailer<br>Located at:<br>4349 E. Chasteen Road<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 5,500.00 | 5,500.00 |
| 1 Adult 4-Wheeler<br>1 Child 4-Wheeler<br>Located at:<br>4349 E. Chasteen Drive<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 450.00 | 450.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| 2 older Dell computers<br>Located at:<br>4349 E. Chasteen Drive<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 450.00 | 100.00 |
| **Animals** | | | |
| Six Horses owned by children, saddles and gear<br>Located at:<br>4349 E. Chasteen Road<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 600.00 | 600.00 |
| **Farming Equipment and Implements** | | | |
| Tiller<br>Located at:<br>4349 E. Chasteen Drive<br>Deputy, IN  47230 | Ind. Code § 34-55-10-2(c)(2) | 75.00 | 75.00 |
| **Total:** | | 22,893.00 | 94,650.00 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    Richard Rangel,                       Case No. _____
        Michelle Rangel,

                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

     If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 60017973-63 | | | Purchase Money Security | | | | | |
| Centra Credit 1430 National Bank Columbus, IN 47201 | | H | 2003 Ford Expedition- REPOSSESSED AND SOLD Located at: 4349 E. Chasteen Road Deputy, IN 47230 | | | | | |
| | | | Value $              9,750.00 | | | | 19,286.00 | 9,536.00 |
| Account No. 102865644 | | | Second Mortgage | | | | | |
| Countrywide Home Loans P.O. Box 660694 Dallas, TX 75266 | | J | House and Land, 221 N. Crystal Gayle | | | | | |
| | | | Value $                   0.00 | | | | 14,834.00 | 14,834.00 |
| Account No. 0400583548 | | | Mortgage | | | | | |
| Fifth Third Bank P.O. Box 740778 Cincinnati, OH 45274-0778 | | J | House and Land Located at: 4349 E. Chastain Road Deputy, IN 47230 | | | | | |
| | | | Value $          110,000.00 | | | | 117,513.00 | 7,513.00 |
| Account No. xxxxxx6109 | | | Purchase Money Security | | | | | |
| Fifth Third Bank Attn: Bankruptcy Notices/Customer Svc. 38 Fountain Square Plaza Cincinnati, OH 45263 | | J | 2006 Ford Fusion REPOSSESSED BY FIFTH THIRD BANK 7/15/2009 | | | | | |
| | | | Value $              7,950.00 | | | | 14,000.00 | 6,050.00 |
|    2    continuation sheets attached | | | Subtotal (Total of this page) | | | | 165,633.00 | 37,933.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   Richard Rangel,                                          Case No. _____
        Michelle Rangel
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |  |
| Account No. 01-53267704 |  |  |  | Purchase Money Security |  |  |  |  |  |
| Mutual Bank 1124 N. Main Franklin, IN 46131 |  |  | J | Horse Trailer Located at: 4349 E. Chasteen Road Deputy, IN  47230 |  |  |  |  |  |
|  |  |  |  | Value $          5,500.00 |  |  |  | 7,730.00 | 2,230.00 |
| Account No. 2624 |  |  |  | Non-Purchase Money Security |  |  |  |  |  |
| Scott County Bank 125 W. McClain Avenue Scottsburg, IN 47170 |  |  | J | Secured Loan |  |  |  |  |  |
|  |  |  |  | Value $          0.00 |  |  |  | 3,573.65 | 3,573.65 |
| Account No. 1523 |  |  |  | Purchase Money Security |  |  |  |  |  |
| Scott County Bank 125 W. McClain Avenue Scottsburg, IN 47170 |  |  | J | 2000 Ford F250 Truck Located at: 4349 E. Chasteen Road Deputy, IN  47230 |  |  |  |  |  |
|  |  |  |  | Value $          6,425.00 |  |  |  | 6,500.00 | 75.00 |
| Account No. 360 |  |  |  | Purchase Money Security |  |  |  |  |  |
| Scott County Bank 125 W. McClain Avenue Scottsburg, IN 47170 |  |  | J | Pontoon Boat REPOSSESSED BY SCOTT COUNTY BANK ON 7/22/2009 |  |  |  |  |  |
|  |  |  |  | Value $          3,000.00 |  |  |  | 4,459.13 | 1,459.13 |
| Account No. |  |  |  | Mortgage |  |  |  |  |  |
| Scott County Bank 125 W. McClain Avenue Scottsburg, IN 47170 |  |  | J | 3 Bedroom, 1 1/2 Bath House, with 2 car garage and Land Located at: 221 Crystal Gayle Drive Scottsburg, IN |  |  |  |  |  |
|  |  |  |  | Value $          86,000.00 |  |  |  | 85,959.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to                     Subtotal        | 108,221.78 | 7,337.78 |
Schedule of Creditors Holding Secured Claims                       (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   Richard Rangel,                                    Case No. _____

         Michelle Rangel

                                             ,

                                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxx8136 | | | | Mortgage | | | | | |
| Wells Fargo Bankruptcy Department 13674 Technology DR Bldg C 2nd Floor Eden Prairie, MN 55344-2252 | J | | | 3 Bedroom, 2 Bath House, 2 car carport and Land Located at: 1151 S. Blue River Road Salem, IN  47167 | | | | | |
| | | | | Value $                79,000.00 | | | | 72,107.00 | 0.00 |
| Account No. | | | | Pinnacle Financial Group 7825 Washington Ave. S. Suite 410 Minneapolis, MN 55439-2409 | | | | | |
| Representing: Wells Fargo | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 72,107.00 | 0.00 |
| Total (Report on Summary of Schedules) | 345,961.78 | 45,270.78 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    Richard Rangel,                                                                    Case No. _____
       Michelle Rangel
_____ ,
                   Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

           0    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    Richard Rangel,    Case No. _____
_____Michelle Rangel_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 3772-324878-7100 <br><br> American Express <br> P.O. Box 981537 <br> El Paso, TX 79998 | | | | J | Credit Card | | | | 7,721.89 |
| Account No. 130923899 <br><br> Avenue <br> One United Retail Plaza <br> Troy, OH 45373 | | | W | | Credit Card | | | | 341.28 |
| Account No. 4217291352037 <br><br> Beneficial <br> Attn: Bankruptcy Notices <br> PO Box 4153 <br> Carol Stream, IL 60197-4153 | | | | J | Credit Card | | | | 9,145.09 |
| Account No. 5149-0950-0043-7963 <br><br> Chase <br> P.O Box 94014 <br> Palatine, IL 60094-4014 | | H | | | Credit Card | | | | 8,128.04 |
| ___4___ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 25,336.30 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:33693-090728    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Richard Rangel,
         Michelle Rangel
_____,
                        Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 671401530304766<br><br>Citi Financial<br>P.O. Box 6931<br>The Lakes, NV 88901 | | H | Loan | | | | 12,673.38 |
| Account No.<br><br>Clark Memorial Hospital<br>P.O. Box CS10<br>Jeffersonville, IN 47131 | | J | Medical Expenses for Child | | | | 100.00 |
| Account No. XXXX-XXXX-XXXX-4764<br><br>Discover Card<br>P.O. Box 15251<br>Wilmington, DE 19886 | | W | Credit Card | | | | 10,131.05 |
| Account No. XXXXXX1955<br><br>Drs Bonded Collections<br>PO Box 498609<br>Cincinnati, OH 45249 | | J | Duke Energy Services | | | | 29.00 |
| Account No. 5414-1314-7010-1835<br><br>Fifth Third Bank<br>P.O. Box 740778<br>Cincinnati, OH 45274-0778 | | W | Credit Card | | | | 4,939.73 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,873.16

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   Richard Rangel,
         Michelle Rangel

Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6035320177549464<br><br>Home Depot Credit Services<br>Attn: Accountholder Bankruptcy Dept.<br>PO Box 689100<br>Des Moines, IA 50368-9100 | | J | Credit Card | | | | 3,984.82 |
| Account No. 533-067-854-01<br><br>JC Penney/GE Money Bank<br>Attn: Bankruptcy Dept.<br>PO Box 103104<br>Roswell, GA 30076 | | W | Credit Card | | | | 343.71 |
| Account No.<br><br>Judy Bedinghaus<br>24405 Quarry Road<br>Wellington, OH 44090 | | J | 8/09<br>Loan from mother | | | | 4,100.00 |
| Account No. 040501419200<br><br>Kohls/Chase Credit<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | | J | Credit Card | | | | 1,400.00 |
| Account No. 424019879610<br><br>Macy's Card Services<br>PO Box 183083<br>Columbus, OH 43218 | | W | Credit Card | | | | 1,253.46 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,081.99

B6F (Official Form 6F) (12/07) - Cont.

In re   Richard Rangel,
        Michelle Rangel

Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 5218-5310-0031-4063 Pay Pal Plus Credit Card P.O. Box 960080 Orlando, FL 32896 | | J | | Credit Card | | | | 553.00 |
| Account No. 5417-7212-2002-7509 People's United Bank 850 Main Street, 11th Floor Bridgeport, CT 06604 | | W | | Credit Card | | | | 1,009.72 |
| Account No. 0151601103970846 Retail Services Nautilis Card Services HSBC Card Services PO Box 15521 Wilmington, DE 19805 | | J | | Credit Card | | | | 1,700.20 |
| Account No. 169-883-258 Roaman's Card Services PO  Box 182125 Columbus, OH 43218-2125 | | W | | Credit Card | | | | 905.79 |
| Account No. 103963377 Scott Memorial Hospital P.O. Box 430 Scottsburg, IN 47170 | | H | | Medical Expenses for Child | | | | 64.00 |

Sheet no. __3___ of __4___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,232.71

B6F (Official Form 6F) (12/07) - Cont.

In re    Richard Rangel,
         Michelle Rangel

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 104199757 | | | H | Medical Expenses for Husband | | | | |
| Scott Memorial Hospital P.O. Box 430 Scottsburg, IN 47170 | | | | | | | | 150.00 |
| Account No. 00002136350 | | | J | Credit Card | | | | |
| Target National Bank c/o Target Credit Services P.O. Box 59231 Minneapolis, MN 55459 | | | | | | | | 135.51 |
| Account No. 5467-0200-0493-2961 | | | J | Credit Card | | | | |
| Union Plus Credit HSBC Card Services PO Box 60102 City Of Industry, CA 91716-0102 | | | | | | | | 7,993.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 8,278.51 |
| | Total (Report on Summary of Schedules) | 76,802.67 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re    Richard Rangel,                                                    Case No. _____

            Michelle Rangel

_____,
                             Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

   0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re    Richard Rangel,                                          Case No. _____
         Michelle Rangel
_____,
                            Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    Richard Rangel                               Case No. _____
        Michelle Rangel
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): Daughter Son Son son | AGE(S): 11 15 3 9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Labor | Secretary |
| Name of Employer | Ford Truck Plant | State Farm |
| How long employed | | |
| Address of Employer | 2000 Fern Valley Road Louisville, KY 40213 | 1672 W. McClain Avenue Scottsburg, IN 47170 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 4,918.00 | $ | 1,941.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,918.00 | $ | 1,941.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 845.00 | $ | 413.00 |
|    b. Insurance | $ | 0.00 | $ | 0.00 |
|    c. Union dues | $ | 56.00 | $ | 0.00 |
|    d. Other (Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 901.00 | $ | 413.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,017.00 | $ | 1,528.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of      dependents listed above | $ | 0.00 | $ | 430.00 |
| 11. Social security or government assistance (Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 430.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 4,017.00 | $ | 1,958.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 5,975.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re     Richard Rangel
          Michelle Rangel                                                    Case No. _____
          _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 659.67 |
| a. Are real estate taxes included?              Yes _X_          No ___ | | |
| b. Is property insurance included?              Yes _X_          No ___ | | |
| 2. Utilities:        a. Electricity and heating fuel | $ | 400.00 |
|                      b. Water and sewer | $ | 40.00 |
|                      c. Telephone | $ | 276.00 |
|                      d. Other   CABLE AND INTERNET | $ | 70.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 745.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 30.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 530.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 537.50 |
| 10. Charitable contributions | $ | 107.50 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                      a. Homeowner's or renter's | $ | 0.00 |
|                      b. Life | $ | 36.00 |
|                      c. Health | $ | 0.00 |
|                      d. Auto | $ | 60.00 |
|                      e. Other   4-Wheeler Insurance | $ | 18.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                      a. Auto | $ | 185.00 |
|                      b. Other   Horse Trailer | $ | 126.00 |
|                      c. Other   Shed | $ | 134.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 200.00 |
| 17. Other   See Detailed Expense Attachment | $ | 1,405.50 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,810.17 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

Michelle's hours will be getting cut unless the economy picks up soon. Richard works in the Auto Industry his employment is very unstable.

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 5,975.00 |
| b.    Average monthly expenses from Line 18 above | $ | 5,810.17 |
| c.    Monthly net income (a. minus b.) | $ | 164.83 |

**B6J (Official Form 6J) (12/07)**

In re    Richard Rangel
       Michelle Rangel                                Case No. _____

                           Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| Daycare expenses | $ | 400.00 |
| Education expenses for three children | $ | 412.50 |
| Pets and animal care | $ | 320.00 |
| Children's extra curricular (4-H) | $ | 40.00 |
| Grooming/personal for family of 6 | $ | 40.00 |
| Vehicle licensing | $ | 18.00 |
| Family Vacations | $ | 125.00 |
| Sheriff Possie | $ | 50.00 |
| **Total Other Expenditures** | $ | 1,405.50 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    Richard Rangel
      Michelle Rangel
                                  Debtor(s)

Case No. _____

Chapter    13

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   August 20, 2009         Signature    /s/ Richard Rangel
                                                   Richard Rangel
                                                   Debtor

Date   August 20, 2009         Signature    /s/ Michelle Rangel
                                                   Michelle Rangel
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    Richard Rangel    Michelle Rangel        Case No. _____
                            Debtor(s)      Chapter    13

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $17,128.00 | 2009 YTD: Wife State Farm |
| $44,078.13 | 2009 YTD: Husband Ford Truck Plant |
| $30,352.00 | 2008: Wife State Farm |
| $60,007.06 | 2008: Husband Ford Truck Plant |
| $30,830.00 | 2007: Wife State Farm |
| $65,724.79 | 2007: Husband Ford Truck Plant |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,250.00 | 2009 YTD: Wife Child Support |
| $5,400.00 | 2008: Wife Child Support |
| $5,400.00 | 2007: Wife Child Support |

**3. Payments to creditors**

None ☐

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Fifth Third Bank<br>Attn: Bankruptcy Notices/Customer Svc.<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | 5/27/09<br>6/27/09<br>7/27/09 | $901.00 | $117,513.00 |

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Scott County Bank v. Michelle Rangle<br>72C01-0907-MF-085 | Foreclosure | Scott County Circuit<br>Scottsburg, IN | Pending Judgment |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Scott County Bank v. Richard & Michelle Rangel 72 C01-0907-CC-132 | Collection | Scott County Circuit Scottsburg, IN | Pending Judgment |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Fifth Third Bank P.O. Box 740778 Cincinnati, OH 45274-0778 | 7/15/2009 | 2005 Ford Fusion, valued at $7,950.00 |
| Scott County Bank 125 W. McClain Avenue Scottsburg, IN 47170 | 7/22/2009 | Pontoon Boat, valued at $3,000.00 |
| Centra Credit 1430 National Bank Columbus, IN 47201 | 6/2009 | 2003 Ford Expedition, valued at $9750.00 |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Allen, Allen & Brown PO Box 485 Salem, IN 47167 | June 1, 2009 | $1599.00 |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Scott County Bank 125 W. McClain Avenue Scottsburg, IN 47170 | Checking Account, #0461 Final Balance - (-$52.00) | Date of Closing 8/17/2009 |

5

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Scott County Bank<br>125 W. McClain Avenue<br>Scottsburg, IN 47170 | 8/12/2009 | $4079.58 |

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 4349 East Chasteen Road<br>Deputy, IN  47230 | Richard and Michelle Rangle | 4/2005 through 8/2009 |

### 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
David Kendall
Debra Long

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

8

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   August 20, 2009      Signature   /s/ Richard Rangel
                                  Richard Rangel
                                  Debtor

Date   August 20, 2009      Signature   /s/ Michelle Rangel
                                  Michelle Rangel
                                  Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Indiana

In re   Richard Rangel
        Michelle Rangel

                                         Debtor(s)

Case No. _____

Chapter   13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 1,325.00 |
| Balance Due | $ | 2,175.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   August 20, 2009

                  /s/ David P. Allen
                  David P. Allen 2362-88
                  Allen, Allen & Brown
                  12 Public Square
                  P.O. Box 485
                  Salem, IN 47167
                  812-883-4171  Fax: 812-883-4214
                  davidallen@allenlawyers.com

# United States Bankruptcy Court
## Southern District of Indiana

In re    Richard Rangel
       Michelle Rangel                                       Case No.

                                               Debtor(s)          Chapter     13

## RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS

It is important for debtors who file a bankruptcy case under Chapter 13 to understand their rights and responsibilities. It is also important that debtors know what their attorney's responsibilities are and understand the importance of communicating with their attorney to make the case successful. Debtors should also know that they may expect certain services to be performed by their attorney. In order to assure that debtors and attorneys understand their rights and responsibilities in the bankruptcy process, the following guidelines provided by the Court are hereby agreed to by the debtors and their attorney.

## BEFORE THE CASE IS FILED

**The debtor agrees to:**

1. Provide the attorney with complete, accurate and current financial information.

2. Discuss with the attorney the debtor's objectives in filing the case.

3. Disclose any previous bankruptcies filed in the previous 8 years.

4. Unless excused under 11 U.S.C. § 109(h), receive a briefing from an approved nonprofit budget and credit counseling agency and provide the attorney with a copy of the certificate from the agency showing such attendance, as well as a copy of the debt repayment plan, if any, developed through the agency.

5. Disclose to the attorney any and all domestic support obligations.

**The attorney agrees to:**

1. Meet with the debtor to review the debtor's debts, assets, liabilities, income and expenses.

2. Counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, provide debtor with the notice required under 11 U.S.C. § 342(b) if applicable, discuss both procedures with the debtor and answer the debtor's questions.

3. Explain what payments will be made to creditors directly by the debtor and what payments will be made through the Chapter 13 plan, with particular attention to mortgage and vehicle loan payments, any other debts that accrue interest, domestic support obligations and leases.

4. Explain to the debtor how, when and where to make payments, pursuant to the plan, to the Chapter 13 trustee and of the necessity to include the debtor's case number, name and current address on each payment item.

5. Explain to the debtor how the attorney and trustee's fees are paid and provide an executed copy of this document to the debtor.

6. Explain to the debtor that the first payment due under Chapter 13 must be made to the trustee within 30 days of filing of the bankruptcy petition.

7. Advise the debtor of the requirement to attend the Section 341 Meeting of Creditors and instruct the debtor as to the date, time and place of the meeting and of the necessity to bring both picture identification and proof of the debtor's social security number to the meeting.

8. Advise the debtor of the necessity of maintaining liability, collision and comprehensive insurance on leased vehicles or those securing loans, and of the obligation to bring copies of the declaration page(s) documenting such insurance to the Meeting of Creditors.

1

Case Name: Richard Rangel
Michelle Rangel                                              Case No.

9.      Advise debtors engaged in business of the necessity to maintain liability insurance, workers compensation insurance, if required, and any other insurance coverage required by law.

10.     Timely prepare and file the debtor's petition, plan, statements, schedules, and any other papers or documents required under the Bankruptcy Code.

## AFTER THE CASE IS FILED

**The debtor agrees to:**

1.      Timely make all required payments to the Chapter 13 trustee that first become due 30 days after the case is filed. Also, if required, turn over any tax refunds, personal injury settlement proceeds or any other property as requested by the trustee.

2.      Timely make all post-petition payments due to mortgage lenders, holders of domestic support obligations, lessors, and any other creditor that debtor agreed or is obligated to pay directly.

3.      Cooperate with the attorney in the preparation of all pleadings and attend all hearings as required.

4.      Keep the trustee, attorney, and Court informed of any changes to the debtor's address and telephone number.

5.      Prepare and file any and all federal, state and local tax returns within 30 days of filing the petition.

6.      Inform the attorney of any wage garnishments or attachments of assets which occur or continue to occur after the filing of the case.

7.      Contact the attorney promptly with any information regarding changes in employment, increases or decreases in income or other financial problems or changes.

8.      Contact the attorney promptly if the debtor acquires any property after the petition is filed.  Such property might include, but is not limited to,  personal injury proceeds, inheritances, lottery winnings, etc.

9.      Inform the attorney if the debtor is sued during the case.

10.     Inform the attorney if any tax refunds to which the debtors are entitled are seized or not returned to the debtor by the IRS, the Indiana Department of Revenue or any other taxing authority.

11.     Contact the attorney to determine whether court approval is required before buying, refinancing or selling real property or before entering into any long-term loan agreement.

12.     Pay any filing fees and courts costs directly to the attorney.

13.     If the requirements of 11 U.S.C. § 109(h) were waived by the Court when the case was first filed, receive a briefing from an approved nonprofit budget and credit counseling agency within 30 days of the case being filed (unless the Court, for cause, extends such time) and provide counsel with the certificate from the agency stating that the debtor attended such briefing.

14.     Unless such attendance is excused under 11 U.S.C. §  1328(f), complete an instructional course concerning personal financial management and shall promptly submit to the debtor's attorney a signed and completed Certification of Completion of Instruction Course Concerning Personal Financial Management.

15.     Cooperate fully with any audit conducted pursuant to 28 U.S.C. § 586(a).

16.     After all plan payments have been made, and if the debtor is eligible for a discharge, timely provide counsel with the information needed to complete any documents required by the Court before a discharge will be entered.

**The attorney agrees to provide the following legal services:**

1.      Appear at the Section 341 Meeting of Creditors with the debtor.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Case Name: Richard Rangel
Michelle Rangel                                    Case No.

      2.      Respond to objections to plan confirmation and, where necessary, prepare an amended plan.

      3.      Timely submit properly documented profit and loss statements, tax returns and proof of income when requested by the trustee.

      4.      Prepare, file and serve necessary modifications to the plan.

      5.      Prepare, file and serve necessary amended statements and schedules, in accordance with information provided by the debtor.

      6.      Prepare, file and serve necessary motions to buy, sell or refinance property when appropriate.

      7.      Object to improper or invalid claims, if necessary, based upon documentation provided by the debtor or trustee.

      8.      Represent the debtor in motions for relief from stay and motions to dismiss and/or convert.

      9.      Where appropriate, prepare, file, serve and notice motions to avoid liens on real or personal property.

      10.      Be available to respond to debtor's questions throughout the life of the plan.

      11.      Negotiate with any creditor holding a claim against the debtor that is potentially nondischargeable to determine if the matter can be resolved prior to litigation. Discuss with debtor the cost and advisability of litigating the dischargeability of the claim. The attorney is not required, however, to represent the debtor in any adversary proceeding to determine the nondischargeability of any debt pursuant to these Rights and Responsibilities.

      12.      Represent the debtor with respect to any audit conducted pursuant to 28 U.S.C. § 586(a).

      13.      After all plan payments have been made, and if the debtor is eligible for a discharge, prepare, file and serve any documents required by the Court before a discharge will be entered.

      The total fee charged in this case is $  3,500.00  . If this fee later proves to be insufficient to compensate the attorney for the legal services rendered in the case, the attorney has the right to apply to the court for any additional attorney fees. Fees shall be paid through the plan unless otherwise ordered. The attorney may not receive additional fees directly from the debtor other than the initial retainer. If an attorney has elected to be compensated pursuant to these guidelines, but the case is dismissed or converted prior to confirmation of the plan, absent contrary order, the trustee shall pay to the attorney, to the extent funds are available, an administrative claim equal to 50% of the unpaid fee balance if a properly documented fee claim (for the entire fee balance) has been filed by the attorney and served upon the trustee.

      If the debtor disputes the legal services provided or the fees charged by the attorney, an objection must be filed with the Court.

Dated:  August 20, 2009 _____      /s/ Richard Rangel _____
                                                    Richard Rangel
                                                    Debtor

Dated:  August 20, 2009 _____      /s/ Michelle Rangel _____
                                                      Michelle Rangel
                                                    Debtor

Dated:  August 20, 2009 _____      /s/ David P. Allen _____
                                                     David P. Allen 2362-88
                                                    Attorney for Debtor(s)

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

**NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

    3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
    I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| David P. Allen 2362-88 | X  /s/ David P. Allen                              August 20, 2009 |
| Printed Name of Attorney | Signature of Attorney                         Date |

Address:
12 Public Square
P.O. Box 485
Salem, IN 47167
812-883-4171
davidallen@allenlawyers.com

### Certificate of Debtor
    I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| Richard Rangel | |
| Michelle Rangel | X  /s/ Richard Rangel                            August 20, 2009 |
| Printed Name(s) of Debtor(s) | Signature of Debtor                           Date |
| | |
| Case No. (if known) _____ | X  /s/ Michelle Rangel                          August 20, 2009 |
| | Signature of Joint Debtor (if any)            Date |

# United States Bankruptcy Court
## Southern District of Indiana

In re    Richard Rangel
        Michelle Rangel                              Case No.
                                   Debtor(s)         Chapter    13

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    August 20, 2009                 /s/ Richard Rangel
                                         Richard Rangel
                                         Signature of Debtor

Date:    August 20, 2009                 /s/ Michelle Rangel
                                         Michelle Rangel
                                         Signature of Debtor

AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998


AVENUE
ONE UNITED RETAIL PLAZA
TROY, OH 45373


BENEFICIAL
ATTN: BANKRUPTCY NOTICES
PO BOX 4153
CAROL STREAM, IL 60197-4153


CENTRA CREDIT
1430 NATIONAL BANK
COLUMBUS, IN 47201


CHASE
P.O BOX 94014
PALATINE, IL 60094-4014


CITI FINANCIAL
P.O. BOX 6931
THE LAKES, NV 88901


CLARK MEMORIAL HOSPITAL
P.O. BOX CS10
JEFFERSONVILLE, IN 47131

COUNTRYWIDE HOME LOANS
P.O. BOX 660694
DALLAS, TX 75266


DISCOVER CARD
P.O. BOX 15251
WILMINGTON, DE 19886


DRS BONDED COLLECTIONS
PO BOX 498609
CINCINNATI, OH 45249


FIFTH THIRD BANK
P.O. BOX 740778
CINCINNATI, OH 45274-0778


HOME DEPOT CREDIT SERVICES
ATTN: ACCOUNTHOLDER BANKRUPTCY DEPT.
PO BOX 689100
DES MOINES, IA 50368-9100


JC PENNEY/GE MONEY BANK
ATTN: BANKRUPTCY DEPT.
PO BOX 103104
ROSWELL, GA 30076


JUDY BEDINGHAUS
24405 QUARRY ROAD
WELLINGTON, OH 44090

KOHLS/CHASE CREDIT
PO BOX 2983
MILWAUKEE, WI 53201-2983

MACY'S CARD SERVICES
PO BOX 183083
COLUMBUS, OH 43218

MUTUAL BANK
1124 N. MAIN
FRANKLIN, IN 46131

PAY PAL PLUS CREDIT CARD
P.O. BOX 960080
ORLANDO, FL 32896

PEOPLE'S UNITED BANK
850 MAIN STREET, 11TH FLOOR
BRIDGEPORT, CT 06604

PINNACLE FINANCIAL GROUP
7825 WASHINGTON AVE. S. SUITE 410
MINNEAPOLIS, MN 55439-2409

RETAIL SERVICES NAUTILIS CARD SERVICES
HSBC CARD SERVICES
PO BOX 15521
WILMINGTON, DE 19805

ROAMAN'S CARD SERVICES
PO BOX 182125
COLUMBUS, OH 43218-2125


SCOTT COUNTY BANK
125 W. MCCLAIN AVENUE
SCOTTSBURG, IN 47170


SCOTT MEMORIAL HOSPITAL
P.O. BOX 430
SCOTTSBURG, IN 47170


TARGET NATIONAL BANK
C/O TARGET CREDIT SERVICES
P.O. BOX 59231
MINNEAPOLIS, MN 55459


UNION PLUS CREDIT
HSBC CARD SERVICES
PO BOX 60102
CITY OF INDUSTRY, CA 91716-0102


WELLS FARGO
BANKRUPTCY DEPARTMENT
13674 TECHNOLOGY DR BLDG C 2ND FLOOR
EDEN PRAIRIE, MN 55344-2252