UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: RICHARD RANGEL
       MICHELLE RANGEL

CASE NO.: 0992944

DEBTOR(s)

## MOTION FOR DETERMINATION OF
## FEES, EXPENSES, OR CHARGES

Comes now the Trustee, Joseph M. Black, Jr., and moves the Court for an Order determining the status of Notice of Mortgage Payment Change filed on JUNE 6, 2012 by WELLS FARGO BANK. The reason for this Motion is:

The Notice of Mortgage Payment Change has an effective payment change date of MARCH 1, 2012. This effective payment change date does not provide the required 21 days of notice time as set forth in Bankruptcy Rule 3002.1.

WHEREFORE, the Trustee moves the Court for an Order determining the status of the Notice of Mortgage Payment Change.

Dated:  June 7, 2012

Respectfully submitted,

 /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone:  (812)524-7211
Fax:    (812)523-8838
Email:  jblacktrustee@trustee13.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: RICHARD RANGEL
MICHELLE RANGEL

CASE NO.: 0992944

DEBTOR(S)

## CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2012, a copy of the MOTION FOR DETERMINATION OF FEES, EXPENSES, OR CHARGES was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

DAVID P ALLEN    davidallen@allenlawyers.com
U.S. Trustee  ustpregion10.in.ecf@usdoj.gov

      I further certify that on June 7, 2012, a copy of the MOTION FOR DETERMINATION OF FEES, EXPENSES, OR CHARGES was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

RICHARD RANGEL
1151 S BLUE RIVER RD
SALEM  IN  47167

MICHELLE RANGEL
1151 S BLUE RIVER RD
SALEM  IN  47167

WELLS FARGO BANK, NA
ATTN: BANKRUPTCY PMT PROCESSING
ONE HOME CAMPUS MAC X2302-04C
DES MOINES  IA  50328-

UNTERBERG & ASSOCIATES
8050 CLEVELAND PLACE
MERRILLVILLE, IN 46410

                                                        _/s/ Joseph M. Black, Jr._
                                                        Joseph M. Black, Jr., Trustee